SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
ROBERT J. GUITE, Cal Bar No. 244590
ABIGAIL MILES, Cal. Bar No. 347873
Four Embarcadero Center, 17th Floor
San Francisco, California 94111
Telephone:    (415) 434-9100
Facsimile:    (415) 434-3947
E mail       rguite@sheppardmullin.com
           amiles@sheppardmullin.com

BENNETT TUELLER JOHNSON & DEERE
JEREMY C. REUTZEL, Utah Bar No. 10692 (*pro hac vice*)
JAROM R. JONES, Utah Bar. No. 16077 (*pro hac vice*)
3165 East Millrock Drive, Suite 500
Salt Lake City, Utah 84121
Telephone:    (801) 438-2000
E mail:     jreutzel@btjd.com
          jjones@btjd.com

Attorneys for Streeterville Capital, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOLARJUICE AMERICAN, INC., a Delaware corporation, and SPI ENERGY CO. LTD, a Cayman Islands Corporation, and SPI INVESTMENTS HOLDING LIMITED, a British Virgin Islands incorporated entity,<br><br>         Plaintiffs,<br><br>   v.<br><br>STREETERVILLE CAPITAL, LLC, a Utah limited liability company, and DOES 1 through 200, inclusive,<br><br>         Defendant. | Case No. 3:24-cv-00947-AGT<br><br>Magistrate Judge: Hon. Alex G. Tse<br><br>**DEFENDANT STREETERVILLE CAPITAL LLC'S NOTICE OF MOTION AND MOTION TO DISMISS OR STAY PENDING ARBITRATION**<br><br>[*Memorandum of Points and Authorities, Declaration of Jarom R. Jones, Request for Judicial Notice and Proposed Order filed concurrently herewith*]<br><br>Date: April 12, 2024<br>Time: 2:00 PM<br>Courtroom: A – 15th Floor |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT on April 12, 2024 at 2:00 p.m., or as soon thereafter as counsel may be heard in Courtroom A of the above-referenced Court, Defendant Streeterville Capital, LLC ("Streeterville"), will and hereby does bring this Motion to Dismiss or to Stay Pending Arbitration (the "Motion"), pursuant to Federal Rule of Civil Procedure 12 and the Federal Arbitration Act, 9 U.S.C. § 3 (the "FAA").

Streeterville bring this Motion California is an improper forum to decide the parties' dispute.  A California court cannot exercise personal jurisdiction over Streeterville with respect to the claims alleged.  Moreover, the parties must arbitrate this dispute pursuant to the arbitration provisions contained in both the Securities Purchase Agreement and Convertible Promissory Note. Dismissal is also required under the first-to-file rule based on a March 2020 arbitration Streeterville commenced and a related action in Utah state court.  Accordingly, Streeterville asks the Court to either: (1) dismiss the Amended Complaint under Rule 12(b)(2) for lack of personal jurisdiction over Streeterville; or alternatively, (2) dismiss or stay the Amended Complaint under Rule 12(b)(3) and the Federal Arbitration Act, 9 U.S.C. § 3 (the "FAA") because of an arbitration agreement; or alternatively, (3) dismiss the Amended Complaint under the first-to-file rule. Streeterville asks the Court to decide each of the foregoing requests sequentially—considering alternative grounds for dismissal only if the Court denies relief on prior grounds.

This Motion is based on this Notice of Motion, the accompanying Memorandum of Points and Authorities, all pleadings and documents on file in this case and on such other written or oral argument as may be presented to the Court.

1  Dated:  February 23, 2024

2                                    BENNETT TUELLER JOHNSON & DEERE

3

4                           By      /s/ Jarom R. Jones

5                                    Jeremy C. Reutzel, Utah Bar No. 10692 (*pro hac vice*)
                                    Jarom R. Jones, Utah Bar No. 16077 (*pro hac vice*)
6                                   BENNETT TUELLER JOHNSON & DEERE
                                    3165 East Millrock Drive, Suite 500
7                                   Salt Lake City, Utah 84121
                                    Telephone: (801) 438-2000
8                                   Email: jreutzel@btjd.com
9                                              jjones@btjd.com

10                                  *Attorneys for Streeterville Capital, LLC*
                                    SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
11

12                          By      /s/ Robert J. Guite

13                                  Robert J. Guite, Cal. Bar No. 244590
                                    Abigail Miles, Cal. Bar No. 347873
14                                  SHEPPARD MULLIN, RICHTER & HAMPTON LLP
                                    Four Embarcadero Center, 17th Floor
15                                  San Francisco, California 94111
                                    Telephone: (415) 434-9100
16                                  Email: rguite@sheppardmullin.com
17                                             amiles@sheppardmullin.com

18                                  *Attorneys for Streeterville Capital, LLC*

19

20

21

22

23

24

25

26

27

28